Greetings,

My name is Stephen Brian Reynolds inmate number 24912-045. I am 100% disabled military veteran, a military sexual trauma victim, and disabled by SSID. I have been diagnosed with PTSD, Bipolar, and Panic/Anxiety disorder. I am 38 years old married with two daughters. Judge Phillips sentenced me to 72 months in Federal Prison in the Western District of Missouri. District Docket number 12-3104-01-CR-S-BP. Date sentenced 6/29/2015; controlling sentence began on 8/31/2015. I have a criminal history score of "1", which indicates I am not a repeat offender.

I would like to share with you a brief history of my life. I served for four years in the military and was honorably discharged under physical reasons not classified a disability. Because of the misclassification, I was not evaluated under the VA or medical board at the time of release, so I received no disability rating on the date of discharge. I then went into the law enforcement field holding a Missouri post certification for five years. Due to my mental health problems, I ended up leaving that chosen career field because of the uncontrollable nature of the mental health problems I started experiencing and did not understand at the time.

After that, I went to work for Rent A Center in Lebanon, Mo. Starting at the bottom entry-level position as a delivery driver and worked my way up five posts over a 2-year span to Store Manager for that location. Stayed with Rent A Center for approximately six years again my mental health issues started to present negatively by affecting my memory retention. That was on top of all the other problems I was already experiencing, included nightmares, panic/anxiety issues, panic and anxiety attacks. I thought a change in life was needed to see if I could overcome what was happening to me. So I switched to Aarons Rent to Own they were opening a new store in Lebanon, Mo. Unfortunately, that particular change did not help but instead increased my issues. It was only six months later when I lost my job due to the anxiety compounding. Memory and retention problems plus the usual things I was experiencing with my mental health was now affecting my home and work life. After I lost this job, I was unemployed for approx. Two years and reached a shallow point in my life before I could figure what else to do to help me support my family.

From my personal experience and only speaking for myself, no one with a mental illness wants to become worse and accept the fact they are mentally ill with no cures available. In 2009 with the help of another veteran, I contacted the VA by benefits and put in my first claim based on my discharge from the military for only the panic and anxiety disorder. After the first evaluation, they rated me at 50% for the panic and anxiety disorder. Approximately around 2010-2011, I received a second evaluation for the bipolar disorder. That assessment rated me 70% disabled.

At the end of 2011, I decided to start a retail business and hire someone to run it. I would take care of the ordering and paper work from my home and try and support my family the best I can. I hired my brother and his friend to operate and run the retail store location. I ordered various items to be sold in this store. However, this store turned out to be the biggest mistake of my life; it has also affected every part of my life afterward. After the recommendations of other local store owners, I made the mistake of adding the K2 product line to my store location in retail sales. It ended up costing me my freedom and years of legally owned and obtained personal equity and assets because of the sales of K2. It completely tarnished my name on more levels and degree levels than I could ever explain on paper or through a letter. All the positive things I have done in my life, for others, my local community and church now mean nothing. I am just labeled a drug dealer. Out of the several other stores selling the same products in the same town, I was the only one federally indicted.

This situation, made me fully accept my mental health conditions and limitations. I began to understand how being mentally ill affects your overall rationally thinking. Afterwards, I filed for SSID benefits in 2012 and started receiving them in 2013. Then received a final VA evaluation and was rated 100% total VA disability in 2015.

With the state of my condition, prison is a constant torture and has worsened my mental health over the last two years. Because of the laws at the time, I was sentenced, there was no consideration given to my mental health status of the diagnosis by the VA and Social Security Disability, even though both are government agencies. My prison diagnosis for PTSD was rated as complex and severe (the highest rating you can receive). Nevertheless, I have maintained clean conduct while serving my prison sentence over the last two years. I have been taking classes while in prison, including the RDAP program, which I will graduate from on 12/08/2017.

I have received six months home confinement. My home confinement date after I complete RDAP is 08/07/2019. I am asking to please be considered for extended halfway house time under the Second Chance Act of 2007. Please accept this letter as an application for extended halfway house time via the Second Chance Act of 2007. As you know , the Second Chance Act states that "The Bureau of Prisons shall ensure that a prisoner serving a term of imprisonment spends a portion of the final months of that time (up to a maximum of 12 months) in a community correctional facility or appropriate conditions that will afford the prisoner a reasonable opportunity to adjust and prepare for the reentry of that prisoner to the community." It is BOP policy, and directives from the Central Office have defined the criteria to be considered in its implementation. In addition, each inmate must be assessed individually.

Thank you again for your time reading this letter and for your consideration or recommendations.

Stephen Reynolds

Stephen Reynolds

Stephen Reynolds 24912-045
Federal Prison Camp
P.O. Box 700
Yankton, SD 57078

SIOUX FALLS SD 570
28 SEP 2017 PM 3 L

RECEIVED
BY MAIL
OCT - 2 2017
U S DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

⇔24912-045⇔
Court Us Office Of The Clerk
555 Independence ST
2nd Floor
CAPE Girardeau, MO 63703
United States

63703-623555